# PEPE&HAZARD LLP
A BUSINESS LAW FIRM

30 JELLIFF LANE
SOUTHPORT, CONNECTICUT 06890-1436
203.319.4000  FACSIMILE: 203.259.0251

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
11-22-04
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

JOSEPH W. MARTINI
Attorney At Law
‡Also Admitted in NY & D.C.
Direct Dial: 203.319.4002
jmartini@pepehazard.com

November 19, 2004

RECEIVED

Clerk of the Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   United States v. Grygus, Crim. No. 30:1CR80 (SRU)

Dear Clerk of the Court:

On April 11, 2001, I surrendered Mr. Grygus' passport pursuant to a Court Order issued on April 6, 2001. Mr. Grygus has now met all obligations of the sentence imposed, and his term of probation has ended. Please forward Mr. Grygus' passport to me as soon as possible.

I appreciate your prompt attention to this matter.

Sincerely,

Joseph W. Martini

JWM:dlo

JWM/30998/2/64353v1
11/19/04-SPT/

BOSTON        HARTFORD        FAIRFIELD COUNTY
www.pepehazard.com