UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

```
---------------------------------------------x
UNITED STATES OF AMERICA,              :        2005 FEB 10  P 12: 11
                                       :
              Plaintiff,               :          U.S. DISTRICT COURT
                                       :          BRIDGEPORT, CONN
                                       :        Crim. No. 3:04CR80 (SRU)
v.                                     :
                                       :
MICHAEL S. GRYGUS,                     :
                                       :        February 9, 2005
              Defendant.               :
---------------------------------------------x
```

## MOTION FOR RETURN OF PASSPORT

In connection with the Order setting conditions of release in the above-captioned case,

the defendant, Michael S. Grygus, surrendered to the Clerk of Court his passport, USA

Passport No. 141030464. Because this case has been concluded, Mr. Grygus respectfully

requests that his passport be returned to him, and files this motion for return of property as

directed by the Clerk of the Court in the attached letter.

The Assistant United States Attorney who prosecuted this case, Christopher

Schmeisser, Esq., has been contacted and he has no objection to this motion being granted.

Thus, for the foregoing reasons, Mr. Grygus respectfully requests that his passport be

returned to counsel, who will then return it to Mr. Grygus.

JWM/30998/2/66357v1
02/09/05-SPT/

Respectfully Submitted,

By: _____

Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06490
(203) 319-4000
jmartini@pepehazard.com

JWM/30998/2/66357v1
02/09/05-SPT/

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, on this 9th day of February, 2005, to the following:

Christopher Schmeisser, Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

Joseph W. Martini

JWM/30998/2/66357v1
02/09/05-SPT/

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

February 7, 2005

Joseph W. Martini
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Re:  3:04cr80(SRU)
     USA v. Michael S. Grygus

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by **02/17/2005** for the following items:

**USA Passport #141030464**

Any objection to the return of this property shall be filed by **02/24/2005**.

If no motion or objection has been filed by **03/03/2005**, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

cc: AUSA