## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED 2005 JUN 22 P 12: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

June 20, 2005

Joseph W. Martini
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Re: 3:04cr80(SRU)
USA v. Michael S. Grygus

Dear Counselor:

Pursuant to the Order of the Court entered on February 16, 2005, I am returning the USA Passport #141030464 to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

Kevin F. Rowe, Clerk

By **Yelena Gutierrez**
Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED: _[signature]_
6/21/05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph W. Martini
   Pepe + Hazard
   30 Jelliff Lane
   Southport, CT 06890

2. Article Number
   (Transfer from service label)

   7002 0510 0003 7958 5466

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lee Mc___  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Lee Marde

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

   2005 JUN 22    FILED

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes